# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PAMELA OZELLA SPENCER,

    Plaintiff

v.

GEICO CASUALTY COMPANY,

    Defendant

Case No.: 2:20-cv-00154-APG-BNW

**Order Remanding Case to State Court**

I previously ordered defendant GEICO Casualty Company to show cause why this action should not be remanded. GEICO's response does not establish by a preponderance of the evidence that the amount in controversy is met. 28 U.S.C. § 1446(c)(2). I therefore remand this action to the state court.

I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 2nd day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE